NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY GRANT,          )
                        )
          Appellant,    )
                        )
v.                      )          Case No. 2D17-3606
                        )
STATE OF FLORIDA,       )
                        )
          Appellee.     )
_____)

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

Anthony M. Grant, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Sonya Roebuck
Horbelt, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.  See Grant v. State, 193 So. 3d 893 (Fla. 2d DCA 2016) (table

decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).


CASANUEVA, CRENSHAW, and BLACK, JJ., Concur.